IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| WAINMAGAZINE CO., LTD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-01073-GBL-JFA |
| ) | |
| DROPBOOKS.TV, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

THIS MATTER is before the Court for the purpose of docket control. It appears that no service has been effected on Defendants DROPBOOKS.TV and DROPBOOKS.BIZ. More than 90 days have passed since Plaintiff filed the Complaint. (Doc. 1).

Accordingly, **IT IS HEREBY ORDERED** that within 20 days of this Order, Plaintiff shall file a response to this Order, showing cause why Plaintiff's claims should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). If Plaintiff does not show adequate justification for failing to effect service on Defendants, the Court may dismiss this action.

**IT IS SO ORDERED.**

ENTERED this _____ day of January, 2017.

Alexandria, Virginia
1/ /17

/s/
Gerald Bruce Lee
United States District Judge